UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

Wausau Homes, Inc.,                                    Case No.:

      Plaintiff,

v.

EMCASCO Insurance Co.,

      Defendant.

---

**NOTICE OF REMOVAL**

---

Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, Defendant EMCASCO Insurance Company ("EMC") hereby removes the above-captioned matter from the Marathon County, Wisconsin Circuit Court to the United States District Court for the Western District of Wisconsin.  Defendant's Notice of Removal is based on the following:

**Nature of the Case**

1.    That this is a breach of contract and declaratory judgment action by which Plaintiff Wausau Homes, Inc. seeks reimbursement from Defendant EMC for payments Wausau Homes, Inc. made in settlement in a lawsuit commenced in the U.S. District Court for the Western District of Missouri entitled *Francis v. Wausau Homes, Inc., et al.*, Case No. 5:23-cv-06019 ("the Underlying Lawsuit"), in which EMC provided a defense to Wausau Homes, Inc. under a reservation of rights and offered to contribute toward settlement.

12637561

### State Court Action

2.	That on or about December 17, 2025, EMC received service of a Summons and Complaint for an action commenced by Plaintiff in Marathon County, Wisconsin Circuit Court.  True and correct copies of said Summons and Complaint are attached hereto as **Exhibits A** and **B** and incorporated by reference.

3.	That in its Complaint, Plaintiff alleges that EMC breached its insurance contract with Plaintiff by failing to pay the entire amount of a settlement Plaintiff negotiated in the Underlying Lawsuit.  Plaintiff further seeks a declaration of rights and obligations under the EMC policy, including a declaration that EMC owes a duty to indemnify Plaintiff for the settlement amount paid in the Underlying Lawsuit.

4.	That on or about January 15, 2026, EMC served upon Plaintiff and filed its Answer to the Complaint in which EMC denied that Plaintiff is entitled to the relief requested.  A true and correct copy of said Answer is attached hereto as **Exhibit C** and incorporated herein by reference.

### Statutory Grounds For Removal

5.	That EMC's removal of this case is based upon 28 U.S.C. § 1441, subpart (b).  Section 1441(b) authorizes removal of a civil action based on diversity of citizenship pursuant to 28 U.S.C. § 1332(a) as long as no defendant is a citizen of the State in which the action is brought.

12637561

6. That EMC is the sole named Defendant in this action and is an insurance company organized and existing under the laws of the State of Iowa, with its principal place of business in Des Moines, Iowa.

7. That this Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1332(a)(1), as the amount in controversy exceeds $75,000, exclusive of interest and costs, and the lawsuit is between citizens of different states.

8. That the amount in controversy exceeds $75,000 because Plaintiff's settlement in the Underlying Lawsuit was for several hundred thousand dollars more than that amount and Plaintiff seeks reimbursement from EMC of the entire settlement amount.

9. That the parties to this action are citizens of different states in that Plaintiff is a corporation organized and existing under the laws of the State of Wisconsin, with its principal place of business in Rothschild, Wisconsin, and is therefore a citizen of Wisconsin, while EMC is an Iowa insurance company with its principal place of business in Des Moines, Iowa, and is therefore a citizen of Iowa.

**Timeliness Of Removal**

10. That pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is timely in that it is being filed within thirty (30) days of December 17, 2025, the date EMC took service of the Summons and Complaint and became aware that this case is removable.

**Written Notice of Removal**

11. That as required by 28 U.S.C. § 1446(d), after filing this Notice of Removal in this Court, EMC will promptly give written notice of removal to Plaintiff and the

Marathon County, Wisconsin Circuit Court Clerk by sending and filing a Notice of Removal To Adverse parties And State Court Clerk in the form attached as **Exhibit D**.

12. That pursuant to 28 U.S.C. § 1446(a) and 1391(a)-(b), the Marathon County, Wisconsin Circuit Court is within this Court's district and division.

### No Waiver

13. That by filing this Notice of Removal, EMC does not waive any defenses available to it in this action and does not admit any of Plaintiff's material allegations, including any allegations of wrongdoing by EMC and/or any allegations concerning damages.

WHEREFORE, Defendant EMCASCO Insurance Company removes the instant action from the Marathon County, Wisconsin Circuit Court to the United States District Court for the Western District of Wisconsin.

ARTHUR, CHAPMAN, KETTERING,
SMETAK & PIKALA, P.A.

Dated: January 16, 2026

*electronically signed by Stephen M. Warner*
Stephen M. Warner (#1047916)
500 Young Quinlan Building
81 South Ninth Street
Minneapolis, MN 55402-3214
P: (612) 339-3500
F: (612) 339-7655
smwarner@ArthurChapman.com

*Attorneys for Defendant*
*EMCASCO Insurance Company*

12637561